# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DAVID NEENAN,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>STEVE SISOLAK, *et al.,*<br><br>　　　　　　　　　　Defendants. | Case No. 2:21-cv-00368-GMN-BNW<br><br>**ORDER RE-SETTING INMATE EARLY MEDIATION** |

The Court previously issued an order establishing the requirements for the inmate early mediation in this case. ECF No. 11. That order continues to govern the inmate early mediation except as **MODIFIED** as follows:

- Due to the unavailability of High Desert State Prison's video conference room, the inmate early mediation is reset to **IN TIME ONLY** to **December 17, 2021 at 1:30 p.m.**

**IT IS SO ORDERED.**

**DATED:** October 22, 2021.

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE