AARON D. FORD
  Attorney General
DOUGLAS R. RANDS, Bar No. 3572
  Senior Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, NV  89701-4717
Tel:  (775) 684-1150
E-mail:  drands@ag.nv.gov

*Attorneys for Defendants*
*Benedicto Gutierrez, Michael*
*Minev, and Nonilon Peret*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAVID NEENAN,<br><br>               Plaintiff,<br><br>vs.<br><br>STEVE SISOLAK, et al.<br><br>               Defendants. | Case No.  2:21-cv-00368- GMN-BNW<br><br>**MOTION TO CONTINUE STATUS CHECK**<br>**(ECF No. 49)** |

   Defendants, Benedicto Gutierrez, Michael Minev, and Nonilon Peret, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Douglas R. Rands, Senior Deputy Attorney General, hereby move this Court for an order continuing the status check ordered in ECF No. 49.  On Saturday, August 26, 2023, Counsel for the Defendants father passed away, unexpectedly.  The services will be this week, out of state.  Counsel will be traveling to be with his family, and not available for the status check in Las Vegas.  Therefore, the Defendants request that the status check be continued to a time convenient to the Court's calendar.

   DATED this 28th day of August, 2023.

## **ORDER**

IT IS ORDERED that ECF No. 51 is GRANTED.

IT IS FURTHER ORDERED that the status check is rescheduled to September 18, 2023 at 1:00 p.m. in Las Vegas courtroom 3B. If parties wish to appear remotely, they are kindly directed to contact courtroom administrator Jeff Miller at jeff_miller@nvd.uscourts.gov no later than noon on the business day before the hearing.

IT IS SO ORDERED
DATED: 8:36 am, August 29, 2023

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on August 28, 2023, I electronically filed the foregoing, **MOTION TO CONTINUE STATUS CHECK (ECF No. 49),** via this Court's electronic filing system. Parties that are registered with this Court's electronic filing system will be served electronically. For those parties not registered, service was made by depositing a copy for mailing in the United States Mail, first-class postage prepaid, at Carson City, Nevada, addressed to the following:

David Neenan
2625 Everett Drive
Reno, NV 89503

*/s/ Roberta W. Blee*
An employee of the
Office of the Nevada Attorney General