UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| David Neenan, | Case No. 2:21-cv-0368-GMN-BNW |
|---|---|
| Plaintiff | |
| v. | ORDER |
| Steve Sisolak, et al., | |
| Defendants | |

**I.   DISCUSSION**

Given the mail that was returned to the Court, it appears Plaintiff is no longer incarcerated.  ECF No. 54. However, Plaintiff has not filed an updated address with this Court.  The Court notes that pursuant to Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court."  Nev. Loc. R. IA 3-1.  This Court grants Plaintiff thirty (30) days from the date of entry of this order to file his updated address with this Court.  If Plaintiff does not update the Court with his current address within thirty (30) days from the date of entry of this order, the Court will dismiss this action without prejudice.

**II.   CONCLUSION**

For the foregoing reasons, **IT IS ORDERED** that Plaintiff will file his updated address with the Court within **thirty (30) days** from the date of this order.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mail this Order to Plaintiff at: 2625 Everett Drive, Reno NV 89503, which is the last address the Court has on file (ECF No. 48).

**IT IS FURTHER ORDERED** that, if Plaintiff fails to timely comply with this order,

the Court will dismiss this case without prejudice.

DATED: September 21, 2023

_____
THE HONRABLE BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE