UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DAVID NEENAN,<br><br>             Plaintiff,<br><br>v.<br><br>STEVE SISOLAK, *et al.*,<br><br>             Defendants. | Case No. 2:21-CV-0368-GMN-BNW<br><br>**REPORT AND RECOMMENDATION** |

On September 21, 2023, this Court ordered Plaintiff to file, within thirty (30) days, a notice updating the Court with their current address in accordance with Local Rule IA 3-1. ECF No. 5. The Court warned Plaintiff that failure to comply would result in a recommendation that this case be dismissed. *Id.* Plaintiff has not complied with the Court's order.

**IT IS THEREFORE RECOMMENDED** that the case be dismissed without prejudice and closed.

### NOTICE

This report and recommendation is submitted to the United States district judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation may file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

**IT IS SO ORDERED.**

DATED this 25th day of October 2023.

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE